MARK A VEGA (162621)
mark@incitelawgroup.com
**INCITE LAW GROUP**
325 N. Larchmont Blvd.
No. 523
Los Angeles, CA 90004
Phone:      323-306-3873
Fax:         323/306/3874

*Attorneys for Discover Growth Fund, LLC*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DISCOVER GROWTH FUND, LLC,<br><br>           Plaintiff,<br>     v.<br>CLICKSTREAM CORPORATION,<br><br>           Defendant, | Case No. <u>2:22-cv-03605 PA (MARx)</u><br><br>**PLAINTIFF'S VERIFIED SECOND AMENDED COMPLAINT ON PROMISSORY NOTE** |

Plaintiff Discover Growth Fund, LLC, files this verified first amended complaint and alleges as follows:

**PARTIES**

1. Plaintiff Discover Growth Fund, LLC ("Discover") is a limited liability company organized under the laws of the United States Virgin Islands ("USVI") with its principal place of business in St. Thomas, USVI. The sole member of Discover is Discover Fund Management, LLLP, a USVI limited liability limited partnership, whose general partner is Discover Fund Management, Inc., a USVI corporation with its principal place of business in the USVI, and whose limited partners John C. Kirkland, Boshow Kirkland, Hunter Kirkland and Sienna Kirkland are all natural persons who have permanently resided in St. Thomas, Virgin Islands since 2014 and who intend to remain there. Discover is a citizen of the USVI.

2. Discover is informed and believes and thereupon alleges that defendant ClickStream Corporation ("Defendant") is a mobile application development and digital gaming platform located in California with its principal place of business in Beverly Hills. Defendant is a public company whose stock is publicly traded on the OTC Markets under the trading symbol "CLIS." At all times herein mentioned Defendant was a corporation duly organized and existing under the laws of the State of Nevada.

**JURISDICTION AND VENUE**

3. This Court has subject matter jurisdiction of this action on the grounds that there is complete diversity of citizenship between Discover and Defendant and the amount in controversy exceeds $75,000, as pursuant to 28 U.S.C. § 1332(a)(1) "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between-- (1) citizens of different States" and (e) "[t]he word "States", as used in this section, includes the Territories, the District of Columbia,

and the Commonwealth of Puerto Rico."  The Virgin Islands of the United States are a territory of the United States.

4. This Court has personal jurisdiction over Defendant as it is doing business in the State of California and within this judicial district and has committed and is committing the acts hereinafter alleged within this state and judicial district.

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because relevant activities, events, facts, and conduct as hereinafter alleged occurred within this judicial district.

## CLAIM OF RELIEF FOR
## BREACH OF PROMISSORY NOTE

6. On or about November 16, 2021, defendant by and through its CEO Frank Magliochetti, executed a Promissory Note in the principal sum of Six Hundred Thousand Dollars ($600,000.00), with interest at the rate of 8% per annum ("Note").  A copy of the Note is attached and marked as Exhibit 1, and made a part hereof.

7. Plaintiff is now the holder of the Note.

8. Defendant does not dispute its unconditional and unambiguous promise to pay the specified sum on the specified date under the Note,

9. Pursuant to Section 2(b) of the Note, the principal and accrued interest on the Note became due on May 16, 2022.

10. Demand for payment has been made on the Defendant but Defendant has failed, refused and neglected to pay the amounts due.

11. Pursuant to Section 3(a) of the Note, should Defendant fail to make any payment under the Note when due and should such failure continue for five (5) days after the due date, accrued interest shall default to the maximum legal rate.

12. Pursuant to Section 3(b) of the Note, the holder declared the Defendant in default and a Notice of Default on the Note was delivered to

Defendant on May 24, 2022.  A copy of the Notice of Default is attached and marked as Exhibit 2, and made a part hereof.

      13.    Defendant owes Plaintiff the principal sum of $600,000.00, together with interest at the maximum legal rate accrued from November 16, 2021.

      WHEREFORE, Plaintiff prays for judgment in its favor and against the Defendant as follows:

      1.    A money judgment against Defendant for the principal sum of $600,000.00;

      2.    For pre-judgment interest, as allowed by law;

      3.    For reasonable attorneys' fees and expenses;

      4.    For allowable costs of suit; and

      5.    For such other

      6.    For such other relief as the Court deems proper.

Dated:      June 3, 2022

                                                  Respectfully submitted,
                                                  INCITE LAW GROUP

                                                  /s/ Mark A. Vega
                                                  Mark A. Vega
                                                  Attorneys for Plaintiff
                                                  Discover Group Fund, LLC

## VERIFICATION

I, John Burke, am Chief Executive Officer of Discover Fund Management, Inc., General Partner of Discover Fund Management, LLLP, sole member of Discover Growth Fund, LLC, the Plaintiff in the above-entitled action, and am authorized to make this verification for and on its behalf, and I make this Verification for that reason. I have read the foregoing Plaintiff's Verified Second Amended Complaint On Promissory Note and know the contents thereof. The matters stated in the forgoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters, I believe them to be true, and on that ground allege, that the matters stated therein are true and correct.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed on June 3, 2022      _____
                                                    John Burke